UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Transfers to
**District Judge Rodolfo A. Ruiz**

1. Watkins v. Plantation Officer William Obrien, Case No. 0:18-cv-61131-KMW
2. Pierre v. Cavalry SPV I, LLC et al, Case No. 0:18-cv-61462-KMW
3. Ferrier v. Q Link Wireless LLC et al, Case No. 0:18-cv-62851-KMW
4. Meese-Gibb v. Arstrat, LLC, Case No. 0:19-cv-60362-KMW
5. Chorba v. Northern Leasing Systems, Inc., No. 0:19-cv-60452-KMW
6. Moncada v. Tommy Bahama R&R Holdings, Inc., Case No. 19-cv-60863-KMW
7. Gil v. Premier Riva, LLC., Case No. 0:19-cv-61011-KMW
8. Aleman v. Signature Flight Corporation, Case No. 0:18-cv-60906-KMW
9. Lugassy v. Experian Information Solutions et al., Case No. 0:18-cv-62674-KMW
10. Goldsby v. American Family Life Assurance…, Case No. 0:18-cv-62476-KMW
11. Jacksonville Area Legal Aid v. Financial Freedom Inc., et al, Case No. 0:18-cv-62735- KMW
12. Lucoff v. Citibank, N.A., Case No. 0:18-cv-61325-KMW
13. Richards v. Integrated Tech Group, LLC, Case No. 0:18-cv-62326-KMW
14. JJ Rissell, Allentown, PA Trust v. Kapila et al, Case No. 0:18-cv-61945-KMW
15. Silk v. Advanced Data Processing, Inc. Case No. 0:18-cv-61957-KMW
16. Howard v. Integon National Insurance Co.., Case No. 0:18-cv-63080-KMW
17. Gottlieb v. USAA Casualty Ins. Co., Case No. 0:18-cv-60990-KMW
18. Moncada v. Saks Fifth Avenue, LLC., Case No. 0:19-cv-60868-KMW
19. Martino et al v. AIG Property Casualty Co.., Case No. 0:19-cv-60697-KMW
20. Kalabushchankau v. Devolro Group, LLC Case No. 0:19-cv-60628-KMW
21. Amir v. Transunion LLC., Case No. 0:19-cv-60429-KMW

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodolfo A. Ruiz**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04 ). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Rodolfo A. Ruiz** as of May 7th, 2019 for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RAR** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers this 7th day of May 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/pro se parties