UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60863-RAR

DANIEL MONCADA,

    Plaintiff,

v.

TOMMY BAHAMA
R&R HOLDINGS, INC.,

    Defendant.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related Case Number **1:19-CIV-21093-KMW**, and subject to the consent of the Honorable Kathleen M. Williams, United States District Judge, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is transferred to the calendar of Judge Kathleen M. Williams for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of July, 2019.

RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **19-CIV-60863-KMW**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: counsel of record