UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:  0:19-cv-60863-KMW**

DANIEL MONCADA,

    Plaintiff,

vs.

TOMMY BAHAMA R&R HOLDINGS, INC.,
A foreign for-profit corporation,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* Gregory F. Hurley, California State Bar Number 126791, of the law firm of Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, 10th Floor, Costa Mesa, California 92626-1993, (714) 513-5100, for purposes of appearance as co-counsel on behalf of Defendants, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Gregory F. Hurley to receive electronic filings in this case, and in support thereof states as follows:

    1.    Gregory F. Hurley is not admitted to practice in the Southern District of Florida and is a member in good standing and admitted to practice in the following courts:

| Court | Admission Date | Address of the Office Maintaining the Roll of the Court's Members |
|---|---|---|
| California State Court | December 16, 1986 | 180 Howard Street San Francisco, CA 94105 |
| Colorado State Court | December 20, 1987 | 1900 Grant Street, 9th Floor Denver, CO 80203 |
| United States District Court for the Central District of California | February 7, 1987 | 312 N. Spring Street Los Angeles, CA 90012 |
| United States District Court for the Southern District of California | January 5, 1988 | 221 West Broadway San Diego, CA 92101 |
| United States District Court for the Northern District of California | February 7, 1987 | 450 Golden Gate Ave San Francisco, CA 94102-3489 |
| United States District Court for the Eastern District of California | February 7, 1987 | 501 I Street, Room 4-200 Sacramento, CA 95814 |

2. Movant, Nelson C. Bellido of the law firm of ROIG Lawyers, 44 W. Flagler Street, Suite 2100, Miami, Florida 33130, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures. A certification in accordance with Rule 4(b) is attached hereto.

3. In accordance with the local rules of this Court, Gregory F. Hurley has made payment of this Court's $75.00 admission fee.

4. Gregory F. Hurley, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Gregory F. Hurley at email address: ghurley@sheppardmullin.com

WHEREFORE, Nelson C. Bellido moves this Court to enter an Order for Gregory F. Hurley, to appear before this Court on behalf of Defendant, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Gregory F. Hurley.

Dated:  September 16, 2019

Respectfully Submitted,

By       /s/ *Nelson C. Bellido*
Nelson C. Bellido
ROIG Lawyers
44 W. Flagler Street, Suite 2100
Miami, Florida  33130
Tel:  (305) 405-0997 Ext. 1614
Fax:  (305) 405-1022
nbellido@roiglawyers.com

Gregory Hurley (*Pro Hac* application pending)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
(714) 513-5100 | main
(714) 424-8205 | direct
(714) 428-5981 | direct fax
www.sheppardmullin.com
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

*Attorneys for Defendant,*
*Tommy Bahama R&R Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-19-cv-60863-KMW

DANIEL MONCADA,

 Plaintiff,

v.

TOMMY BAHAMA R&R HOLDINGS, INC.,
A foreign for-profit corporation,

 Defendant.

_____/

## CERTIFICATION OF GREGORY F. HURLEY

1. Gregory F. Hurley, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of California.

           By: /s/ *Gregory F. Hurley*
              Gregory F. Hurley, Esq.
              Sheppard, Mullin, Richter & Hampton LLP
              650 Town Center Drive, 10th Floor
              Costa Mesa, California  92626-1992
              Telephone:  (714) 513-5100
              Facsimile:  (714)-513-5130
              ghurley@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Telephone: (954) 362-3800
Facsimile: (954) 362-3779
rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
Telephone: (305) 266-9780
Facsimile: (305) 269-8311
pduran@pelayoduran.com

By: *Nelson C. Bellido*
Nelson C. Bellido